UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LESLIE COLLAGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00362-JAW |
| | ) | |
| AROOSTOOK COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER REFERRING AMENDED COMPLAINT TO MAGISTRATE JUDGE FOR PRELIMINARY REVIEW UNDER 28 U.S.C. § 1915(e)(2)**

On November 16, 2022, Leslie Collagan, an inmate at the Aroostook County Jail, filed suit against the Jail and several other County employees or affiliates, claiming that conditions at the Jail have violated her constitutional rights. *Compl.* (ECF No. 1). On December 21, 2022, the Magistrate Judge performed a preliminary review of the complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss the complaint. *Recommended Dec. After Review of Pl.'s Compl.* (ECF No. 10). Although Ms. Collagan did not object to the recommended decision, on December 29, 2022, Ms. Collagan filed an amendment to her complaint in an effort to cure its deficiencies. *Am. Compl.* (ECF No. 11). Under Federal Rule of Civil Procedure 15(a)(1)(B), Ms. Collagan has the right to amend her complaint and therefore her amended complaint is now the operative complaint. As the Magistrate Judge issued his recommended decision based on the original, not amended complaint, the Court refers this matter to the Magistrate Judge for his review of the amended complaint and recommendation under 28 U.S.C. § 1915(e)(2). The Court

DISMISSES without prejudice the Magistrate Judge's Recommended Decision After Review of Plaintiff's Complaint (ECF No. 10).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 10th day of February, 2023