UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LESLIE COLLAGAN, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    No. 1:22-cv-00362-JAW ) |
| AROOSTOOK COUNTY JAIL, et al., | ) ) |
|     Defendants. | ) |

**ORDER AFFIRMING RECOMMENDED DECISION**

On November 16, 2022, Leslie Collagan, an inmate at the Aroostook County Jail, filed suit against the Jail and several other County employees or affiliates, claiming that conditions at the Jail have violated her constitutional rights. *Compl.* (ECF No. 1). On December 21, 2022, the Magistrate Judge performed a preliminary review of the complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss the complaint. *Recommended Decision After Review of Pl.'s Compl.* (ECF No. 10). Although Ms. Collagan did not object to the recommended decision, on December 29, 2022, Ms. Collagan filed an amendment to her complaint in an effort to cure its deficiencies. *Am. Compl.* (ECF No. 11). On February 10, 2023, the Court dismissed the initial recommended decision without prejudice and referred the amended complaint to the Magistrate Judge for review. *Order Referring Am. Compl. to Magistrate Judge for Preliminary Review Under 28 U.S.C. § 1915(e)(2)* (ECF No. 15). On February 14, 2023, Ms. Collagan filed another motion to amend her complaint, *Mot. to Am. or Add to Original Compl.* (ECF No. 16), and the Magistrate

Judge granted that motion the following day. *Order Granting Mot. to Am. Compl.* (ECF No. 19).

On March 9, 2023, the Magistrate Judge issued his recommended decision, recommending that the Court dismiss Ms. Collagan's claims except for her Eighth Amendment sanitation claim and First Amendment and Religious Land Use and Institutionalized Persons Act (RLUIPA) free exercise claims. *Recommended Decision After Review of Pl.'s Am. Compl.* (ECF No. 20) (*Recommended Decision*). Neither party objected to the recommended decision.

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 20) be and hereby is AFFIRMED.

2. It is further ORDERED that the Leslie Collagan's Amended Complaint (ECF No. 1 as supplemented by ECF Nos. 11 and 16) be and hereby is DISMISSED, except for her Eighth Amendment sanitation claim and her First Amendment and RLUIPA free exercise claims.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 31st day of March, 2023